STATE OF NEW JERSEY v. JOSEPH BETHUNE.

May 30, 1989.

Petition for certification granted, limited to the "fresh complaint" issues raised in defendant's letter petition for certification.

GURDON B. WATTLES, SUBSTITUTED PLAINTIFF FOR ELIZABETH B. SHIELDS v. EDWARD PLOTTS, ET AL.

May 30, 1989.

Petition for certification granted.  (See 230 *N.J.Super.* 254).

STATE OF NEW JERSEY v. HENRY MARROW.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PERRY L. HERRING.

May 30, 1989.

Petition for certification denied.